**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 21-1343

SABRINA D. DAVIS,

       Plaintiff - Appellant,

   v.

BANKERS LIFE AND CASUALTY COMPANY,

       Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:20-cv-04130-TMC)

Submitted:  September 9, 2021           Decided:  September 13, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sabrina D. Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sabrina D. Davis appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Davis' civil action related to a life insurance claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the court's order. *Davis v. Bankers Life & Cas. Co.*, 6:20-cv-04130-TMC (D.S.C. Mar. 9, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*